IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY HOWARD,<br>　　Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-5079 |
| | : | |
| FEDERAL RESERVE<br>BOARD OF GOVERNORS, *et al.*,<br>　　Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of April, 2024, upon consideration of Plaintiff Stanley Howard's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to separately docket pages 8 through 10 of ECF No. 4 as "Plaintiff's Motion for Summary Judgment."

4. The Complaint is **DISMISSED** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

5. Howard's Motion for Summary Judgment is **DENIED AS MOOT**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　*/s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**